UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | |
| ) | **INFORMATION NO. 4:23-CR-12** |
| **CHRISTIE F. OXENDINE** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

## ORDER

Chester J. Gregg, counsel of record for the defendant in the above-styled case, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested.

**SO ORDERED** this 11th day of May, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA